**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KATELYN HANKS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-02079-S |
| | § | |
| **JERRY'S SUPERMARKETS, INC.** and | § | |
| **JSM DEVELOPMENT COMPANY, L.P.,** | § | |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendants Jerry's Supermarkets, Inc. and JSM Development Company, L.P.'s (collectively, "Defendants"), file this Unopposed Motion for Extension of time to Answer, and state:

Defendants were served with the complaint in this matter on August 24 and 27, 2018, respectively. However, due to the technical nature of the allegations in the complaint, Defendants anticipate needing additional time to investigate the allegations in order to prepare their answer. Accordingly, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants seek a two week extension to and including September 28, 2018, to answer or otherwise respond to the complaint herein.

                Respectfully submitted,

                **BANOWSKY & LEVINE, P.C.**

By: /s/ Baxter W. Banowsky
    Baxter W. Banowsky
    State Bar No. 00783593
    bwb@banowsky.com
    12801 N. Central Expressway
    Suite 1700
    Dallas, Texas 75243
    (214) 871-1300
    (214) 871-0038 (facsimile)

    **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served, via electronic service, upon all counsel of record herein contemporaneously with its filing.

/s/ Baxter W. Banowsky
Baxter W. Banowsky

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for Plaintiff regarding the relief sought herein and that this motion is not opposed.

/s/ Baxter W. Banowsky
Baxter W. Banowsky